**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher C. and Laura L. Wilkinson, | No. CV11-02467-PHX-DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| Wells Fargo Bank, N.A., et al., | |
| Defendants. | |

Defendants TruCap Grantor Trust 2010-2 and Marix Servicing, LLC have filed a motion for attorneys' fees.  Docs. 45, 48.  Plaintiffs have not responded.  The Court will grant the motion.

Plaintiffs' claims in this case arose out of a loan they obtained in the amount of $1,120,000.  On May 22, 2010, the Court granted Defendants' motion for judgment on the pleadings with respect to all claims against Defendants, including a claim for breach of contract.  Doc. 43.

A.R.S. § 12-341.01 provides that a prevailing party in a contract action is entitled to an award of reasonable attorneys' fees.  Defendants clearly are the prevailing parties in this case, which arose out of Plaintiffs' loan agreement and alleged breach of contract claims.   The Court therefore concludes that Defendants are entitled to an award of attorneys' fees under § 12-341.01.

The amount of fees sought by Defendants are clearly reasonable.  Defendants' attorneys billed at a rate of $150.00.  They seek a total of $7,620.00 in attorneys' fees and

1  $661.41 in costs.  Doc. 48 at 14.  The Court finds these amounts to be reasonable and

2  appropriate.

3     **IT IS ORDERED:**

4     1.     The motion of Defendants TruCap Grantor Trust 2010-2 and Marix

5  Servicing, LLC for attorneys' fees (Doc. 45) is **granted**.

6     2.     Plaintiffs shall pay to Defendants $7,620.00 in attorneys' fees and $661.41

7  in costs.

8     Dated this 4th day of December, 2012.

9

10

11  _____

12     David G. Campbell
     United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28